|[pic] |
| |
|Court of Appeals |
|Second District of Texas |
|CHIEF JUSTICE | |CLERK |
|BONNIE SUDDERTH |TIM CURRY CRIMINAL JUSTICE CENTER | |
| |401 W. BELKNAP, SUITE 9000 |DEBRA SPISAK |
|JUSTICES |FORT WORTH, TEXAS 76196-0211 | |
|ELIZABETH KERR | |CHIEF STAFF ATTORNEY |
|J. WADE BIRDWELL |TEL: (817) 884-1900 |LISA M. WEST |
|DABNEY BASSEL | | |
|DANA WOMACK |FAX: (817) 884-1932 |GENERAL COUNSEL |
|MIKE WALLACH | |CLARISSA HODGES |
|BRIAN WALKER |www.txcourts.gov/2ndcoa | |

 March 11, 2021

|Juvenile Court Clerk, Denton County |Grace M. Wren |
|Charlie J. Cole Bldg. |Law Offices of Tim Powers |
|210 South Woodrow Lane |215 W. Oak |
|Denton, TX 76205-6304 |Denton, TX 76201 |
|* DELIVERED VIA E-MAIL * |* DELIVERED VIA E-MAIL * |
| | |
|Hon. David L. Evans |Hon. Kimberly C. McCary |
|Regional Presiding Judge |Judge, County Court at Law No. 1 |
|Tom Vandergriff Civil Courts Building |210 S. Woodrow Ln. |
|100 N. Calhoun, 4th Floor |Denton, TX 76205 |
|Fort Worth, TX 76196 |* DELIVERED VIA E-MAIL * |
|* DELIVERED VIA E-MAIL * | |
| | |
|Andrea Simmons | |
|Asst. Criminal District Attorney | |
|1450 E. McKinney, Ste. 3100 | |
|Denton, TX 76202 | |
|* DELIVERED VIA E-MAIL * | |

RE: Court of Appeals Numbers: 02-20-00392-CV, 02-20-00393-CV,
 02-20-00394-CV

 Trial Court Case Numbers: JV-2020-00473, JV-2020-00474,
 JV-2020-00475

Style: In the Matter of J.W.

 Today the Second Court of Appeals issued an opinion and judgment in
the above-referenced cause. Copies of the opinion and judgment are
attached and can also be viewed on our Court’s webpage at:
http://www.txcourts.gov/2ndcoa.

 Respectfully yours,

 DEBRA SPISAK, CLERK
 [pic]